

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ex parte Francisco Elpidio Alvarado-Acevedo

No. 06-23-00210-CR

Appeal from the County Court of Kinney County, Texas (Tr. Ct. No. 11642CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's denial of Alvarado-Acevedo's pretrial writ of habeas corpus.

We note that the appellant, Francisco Elpidio Alvarado-Acevedo, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 19, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk